```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 06884
   MARY L MCFARLIN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6744


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 04/17/2007 and was not confirmed.

    The case was dismissed without confirmation 07/23/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER    2382.20           .00          .00
COMMONWEALTH EDISON       UNSEC W/INTER     310.93           .00          .00
AMERICAN GENERAL FINANCE  UNSEC W/INTER    2048.87           .00          .00
AMERICAN GENERAL FINANCE  NOTICE ONLY    NOT FILED           .00          .00
AMERICAN GENERAL FINANCE  NOTICE ONLY    NOT FILED           .00          .00
AMERICAN GENERAL FINANCE  NOTICE ONLY    NOT FILED           .00          .00
BANCO POPULAR             NOTICE ONLY    NOT FILED           .00          .00
CITY OF CHICAGO WATER DE  SECURED           650.00           .00          .00
COOK COUNTY COLLECTOR     NOTICE ONLY    NOT FILED           .00          .00
FREEDMAN ANSEIMO LINDBER  NOTICE ONLY    NOT FILED           .00          .00
HOMEQ SERVICING CORP      NOTICE ONLY    NOT FILED           .00          .00
HSBC MORTGAGE SERVICES    CURRENT MORTG       .00            .00          .00
HSBC MORTGAGE SERVICES    MORTGAGE ARRE   46781.58           .00          .00
KEY BANK USA              NOTICE ONLY    NOT FILED           .00          .00
LAURA HRISKO ESQ          NOTICE ONLY    NOT FILED           .00          .00
PEOPLES GAS               NOTICE ONLY    NOT FILED           .00          .00
SBC AMERITECH             NOTICE ONLY    NOT FILED           .00          .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY         .00                         .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00


       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------        --------------
TOTALS                        .00                    .00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 06884 MARY L MCFARLIN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/18/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 07 B 06884 MARY L MCFARLIN